UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOHN ARTHUR JOHNSON,

                Petitioner,

-against-

                CIVIL JUDGMENT
                12-CV-6432 (RRM)

STATE OF NEW YORK,

                Respondent.
----------------------------------------------------------------x

    Pursuant to the Order issued this day dismissing the petition without prejudice as premature, it is

    ORDERED, ADJUDGED AND DECREED: That the petition for a writ of habeas corpus is hereby dismissed without prejudice.  The Court certifies pursuant to 28 U.S.C. ' 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.


Dated:    Brooklyn, New York
            January 11, 2013                        *Roslynn R. Mauskopf*

                                                                     ROSLYNN R. MAUSKOPF
                                                                     United States District Judge